No. 79–445. BARRAZA *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 79–452. OCEAN GROVE CAMP MEETING ASSOCIATION OF THE UNITED METHODIST CHURCH *v.* CELMER. Sup. Ct. N. J. Certiorari denied.

No. 79–466. MILLROOD *v.* HEWITT, CORRECTIONAL SUPERINTENDANT, ET AL.; and KIRCHNER *v.* JOHNSTONE, JUDGE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–467. CHIEF PADUKE DISTRIBUTING CO. *v.* WILSON ET AL. Ct. App. Ky. Certiorari denied.

No. 79–468. WINEGARD *v.* GILVIN, AKA WINEGARD. Sup. Ct. Iowa. Certiorari denied.

No. 79–474. INDIANA EMPLOYMENT SECURITY BOARD ET AL. *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, ET AL. C. A. 7th Cir. Certiorari denied.

No. 79–480. CARPENTERS DISTRICT COUNCIL OF DETROIT, WAYNE, OAKLAND, AND MACOMB COUNTIES, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, ET AL. *v.* MORSE, DBA RESIDENTIAL FRAMERS CO., ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–493. WHITE *v.* MARION SUPERIOR COURT, CRIMINAL DIVISION, No. 3, ET AL. Sup. Ct. Ind. Certiorari denied.